IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL UPTHEGROVE,

    Plaintiff,

v.

ALBERT OLGUM and PCT LEAH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-211-slc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that upon stipulation of the parties judgment is entered dismissing this case.

_____
Peter Oppeneer, Clerk of Court

NOV 1 7 2009
_____
Date